**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-02792-LTB-KLM

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WHOLESALE SPECIALTIES, INC.,

       Plaintiff,

v.

HURST & BURR MECHANICAL, INC.;
JE HURLEY CONSTRUCTION, INC.;
AMERICAN CONTRACTOR'S INDEMNITY COMPANY;
and JOHN DOE,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 5 - filed January 13, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                           BY THE COURT:

                             s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   January 17, 2012